UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Adam Abdalla Dabash, | Case No. 21-cv-1693 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Bureau of Consular Affairs, | |
| Defendant. | |

---

This matter is before the Court on the December 7, 2021 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 8.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 7, 2021 R&R, (Dkt. 8), is **ADOPTED**.

2. Plaintiff Adam Abdalla Dabash's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 2, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge